RICHARD SHINNERS
JOSEPH W. LARREW
GREG A. CAMPBELL
ANN G. DALTON
JANINE M. MARTIN
JAGADEESH B. MANDAVA
EMILY R. PEREZ
MARY M. LINDMARK
DANIEL M. McLAUGHLIN
MELISSA A. McLAUGHLIN

**Hammond and Shinners, P.C.**
ATTORNEYS AT LAW

13205 Manchester Rd. · Suite 210 · St. Louis, MO 63131

P: 314-727-1015    F: 314-727-6804    TF: 1-888-727-1015

CARY HAMMOND
(1948-2013)

JANET E. YOUNG
(1953-2008)

August 22, 2022

Environmental Resources, Inc.
P.O. Box 1042
Alton, IL 62002

Environmental Resources of MO, Inc.
473 N. Wood River Avenue
Wood River, IL 62095

      RE:    Construction Laborers Pension Trust of Greater St. Louis – Withdrawal
              Liability Assessment for Environmental Resources

Ladies and Gentlemen;

      This firm serves as legal counsel to the Board of Trustees of the Construction Laborers Pension Trust of Greater St. Louis (the "Plan"). The Board of Trustees has instructed us to notify you that it has determined that Environmental Resources, Inc. ("Environmental Resources") and all other trades and businesses under common control with Environmental Resources made a complete withdrawal from the Plan, during the plan year ended April 30, 2022. Enclosed is documentation from the Plan actuary reflecting the computation of your withdrawal liability.

### Withdrawal Liability

      When a withdrawal from the Plan occurs, the Employee Retirement Income Security Act of 1974, as amended ("ERISA") provides for the assessment of withdrawal liability. This letter supplies a notice of Environmental Resource's withdrawal liability resulting from its withdrawal from the Plan.

### Liability

Environmental Resource's total withdrawal liability is $374,822.

### Installment Schedule

      1.    You are required to either pay the lump sum of $374,822 or you may make forty-one (41) installment payments of $12,111 per quarter, beginning October 1, 2022 and ending with a final payment of $9,044.

1



2.   In lieu of making installment payments, Environmental Resources may prepay the outstanding amount of withdrawal liability at any time without penalty.

3.   Your withdrawal liability payments should be sent to the Plan Office at 2357 59th Street, St. Louis, MO 63110, Attn: Mr. Ron Graves.

### Right of Review

You have a right to request a review of the calculations described in this letter. In this regard, within 90 days of notification of the liability, you may in writing:

1.   Ask the Plan's Board of Trustees to review any specific matter relating to the determination of your liability and schedule of payments;

2.   Identify any inaccuracy in the determination of the unfunded vested benefits liability allocable to Environmental Resources; and

3.   Furnish any additional information to the Board of Trustees which is relevant to the determination of withdrawal liability or the payment schedule.

After a reasonable review of such matters raised by you in a timely matter, the Board of Trustees will notify you of its decision, the basis for the decision and the reason for any change in the determination of withdrawal liability or payment schedule. Failure to request a review in writing within 90 days shall make the determination herein final.

Very truly yours,

*Greg A. Campbell /jcb*

GREG A. CAMPBELL

GAC/jcb
Enclosures

cc:   Ron Graves