RICHARD SHINNERS
JOSEPH W. LARREW
GREG A. CAMPBELL
ANN G. DALTON
JANINE M. MARTIN
JAGADEESH B. MANDAVA
EMILY R. PEREZ
MARY M. LINDMARK
DANIEL M. McLAUGHLIN
MELISSA A. McLAUGHLIN

**Hammond and Shinners, P.C.**
ATTORNEYS AT LAW
13205 Manchester Rd. · Suite 210 · St. Louis, MO 63131

P: 314-727-1015    F: 314-727-6804    TF: 1-888-727-1015



CARY HAMMOND
(1946-2013)

JANET E. YOUNG
(1953-2008)

November 9, 2022

Environmental Resources, Inc.
P.O. Box 1042
Alton, IL 62002

Environmental Resources of MO, Inc.
473 N. Wood River Avenue
Wood River, IL 62095

     RE:   Construction Laborers Pension Trust of Greater St. Louis – Withdrawal
              Liability Assessment for Environmental Resources

Ladies and Gentlemen;

     By the enclosed letter dated August 22, 2022, you were notified of an assessment of withdrawal liability by the Construction Laborers Pension Fund of Greater St. Louis. Pursuant to that notice, you were required by October 1, 2022, to pay either the entire amount of the liability or the initial quarterly interim payment. You have done neither of these things. Thus, pursuant to the Employer Retirement Income Security Act ("ERISA") at 29 U.S.C. §1399(c)(5)(A), you are in default.

                                 Very truly yours,

                                   Greg A. Campbell /jcb

                                   GREG A. CAMPBELL

GAC/jcb
Enclosures

cc:   Robert Eggman

1


Ex 3